*Inc.*), 616 Pa. 592, 52 A.3d 241 (2012) (noting the general availability of third party actions sounding in tort when an employee's work-related injury is caused by a negligent third party). In that same light, the subcontractor, more often than not, a small "mom and pop" business like Patton Construction, which did nothing wrong, would obtain a right of subrogation against the negligent general contractor, assigning blame where it belongs and reducing the small business's cost of workers' compensation insurance. Finally, it would help to ensure safety in the workplace, and hopefully lead to the prevention of tragic accidents due to someone's carelessness (as seen in the instant case), by incentivizing general contractors to adopt more rigorous safety regimes.

89 A.3d 653

Darlene NELSON, Executrix of the Estate of James Nelson

v.

AIRCO WELDERS SUPPLY, Allied Signal (A/K/A Allied Corp.), American Standard, A.W. Chesterton, Inc., Basic, Inc., Bayer Cropscience, Inc., (F/K/A Aventis Cropscience, USA, Inc.) Achem Products, Inc., Rhone Poulenc, AG Co. and Benjamin Foster Company, Beazer East (A/K/A Koopers Co., Inc. and Kooper), Bird Inc., BOC Group, BORG–Warner Corp., Brand Insulations, Inc., CBS Corporation (F/K/A Viacom, Inc. and Westinghouse Electric Corporation), Certainteed Corporation, Chrysler Corp. (A/K/A AMC, Northwest Auto Rentalco. and Chrysler Service Contract Co.) Crane Co., Demming Division, Crane Packing, Esab Welding And Cutting Equipment, Ej

Lavino & Co., Eutectic Corp., Ferro Engineering, Ford Motor Co., Foseco, Inc., Foster Wheeler Corporation, Garlock, Inc., General Electric Company, General Motors Corp., George V. Hamilton, Inc., Georgia–Pacific Corporation, Gould Pumps, Inc., Green, Tweed & Company, Inc., Hajoca Plumbing Supply Company, Harnischfeger Corp., Hedman Resources Limited (F/K/A Hedman Mines Ltd.), Hobart Brothers Co., Honeywell International, Inc., Ingersoll Rand Co., Joy Global, Inc., Lincoln Electric Co., Lukens Steel Co., Mallinckrodt Group, Inc. (F/K/A International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (A/K/A Manny, Moe And Jack), Union Carbide Corp., Universal Refractories Division of Thiem Corporation.

Petition of Hobart Brothers Company and the Lincoln Electric Company.

Darlene Nelson, Executrix of the Estate of James Nelson

v.

Airco Welders Supply, Allied Signal (A/K/A Allied Corp.), American Standard, A.W. Chesterton, Inc., Basic, Inc., Bayer Cropscience, Inc., (F/K/A Aventis Cropscience, USA, Inc.) Achem Products, Inc., Rhone Poulenc, AG Co. And Benjamin Foster Company, Beazer East (A/K/A Koopers Co., Inc. And Kooper), Bird Inc., BOC Group, Borg–Warner Corp., Brand Insulations, Inc., CBS Corporation (F/K/A Viacom, Inc. And Westinghouse Electric Corporation), Certainteed Corporation, Chrysler Corp. (A/K/A AMC, Northwest Auto Rentalco. And Chrysler Service Contract Co.) Crane Co., Demming Division, Crane Packing, Esab Welding And Cutting Equipment, Ej Lavino & Co., Eutectic Corp., Ferro Engineering, Ford Motor Co., Foseco, Inc., Foster Wheeler Corporation, Garlock, Inc., General Electric Company, General Motors Corp., George V. Hamilton, Inc., Georgia–Pacific Corporation, Gould Pumps, Inc., Green, Tweed & Company, Inc., Hajoca Plumbing Supply Company, Harnischfeger Corp., Hedman Resources Limited (F/K/A Hedman Mines Ltd.), Hobart Brothers Co., Honeywell International,

Inc., Ingersoll Rand Co., Joy Global, Inc., Lincoln Electric Co., Lukens Steel Co., Mallinckrodt Group, Inc. (F/K/A International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (A/K/A Manny, Moe And Jack), Union Carbide Corp., Universal Refractories Division Of Thiem Corporation.

Appeal of Hobart Brothers Company and
the Lincoln Electric Company.

Darlene Nelson, Executrix of the Estate of James Nelson

v.

Airco Welders Supply, Allied Signal (A/K/A Allied Corp.), American Standard, A.W. Chesterton, Inc., Basic, Inc., Bayer Cropscience, Inc., (F/K/A Aventis Cropscience, USA, Inc.) Achem Products, Inc., Rhone Poulenc, AG Co. And Benjamin Foster Company, Beazer East (A/K/A Koopers Co., Inc. And Kooper), Bird Inc., BOC Group, Borg–Warner Corp., Brand Insulations, Inc., CBS Corporation (F/K/A Viacom, Inc. and Westinghouse Electric Corporation), Certainteed Corporation, Chrysler Corp. (A/K/A AMC, Northwest Auto Rentalco. And Chrysler Service Contract Co.) Crane Co., Demming Division, Crane Packing, Esab Welding and Cutting Equipment, Ej Lavino & Co., Eutectic Corp., Ferro Engineering, Ford Motor Co., Foseco, Inc., Foster Wheeler Corporation, Garlock, Inc., General Electric Company, General Motors Corp., George V. Hamilton, Inc., Georgia–Pacific Corporation, Gould Pumps, Inc., Green, Tweed & Company, Inc., Hajoca Plumbing Supply Company, Harnischfeger Corp., Hedman Resources Limited (F/K/A Hedman Mines Ltd.), Hobart Brothers Co., Honeywell International, Inc., Ingersoll Rand Co., Joy Global, Inc., Lincoln Electric Co.,

Lukens Steel Co., Mallinckrodt Group, Inc. (F/K/A International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (A/K/A Manny, Moe And Jack), Union Carbide Corp., Universal Refractories Division Of Thiem Corporation.

Appeal of Hobart Brothers Company &
the Lincoln Electric Company.

Darlene Nelson, Executrix of the Estate of
James Nelson, and in her Own Right

v.

Airco Welders Supply, Allied Signal (A/K/A Allied Corp.), American Standard, A.W. Chesterton, Inc., Basic, Inc., Bayer Cropscience, Inc., (F/K/A Aventis Cropscience, USA, Inc.) Achem Products, Inc., Rhone Poulenc, AG Co. And Benjamin Foster Company, Beazer East (A/K/A Koopers Co., Inc. And Kooper), Bird Inc., BOC Group, Borg–Warner Corp., Brand Insulations, Inc., CBS Corporation (F/K/A Viacom, Inc. And Westinghouse Electric Corporation), Certainteed Corporation, Chrysler Corp. (A/K/A AMC, Northwest Auto Rentalco. And Chrysler Service Contract Co.) Crane Co., Demming Division, Crane Packing, Esab Welding And Cutting Equipment, Ej Lavino & Co. Eutectic Corp., Ferro Engineering, Ford Motor Co., Foseco, Inc., Foster Wheeler Corporation, Garlock, Inc., General Electric Company, General Motors Corp., George V. Hamilton, Inc., Georgia–Pacific Corporation, Gould Pumps, Inc., Green, Tweed & Company, Inc., Hajoca Plumbing Supply Company, Harnischfeger Corp., Hedman Resources Limited (F/K/A Hedman Mines Ltd.), Hobart Brothers Co., Honeywell International, Inc., Ingersoll Rand Co., Joy Global, Inc., Lincoln Electric Co.,

Lukens Steel Co., Mallinckrodt Group, Inc. (F/K/A International Minerals & Chemicals Corp.), Melrath Gasket, Inc., Mine Safety Appliance (MSA), Metropolitan Life Insurance Company, Nosrock Corporation, Owens–Illinois, Inc., Pep Boys (A/K/A Manny, Moe And Jack), Union Carbide Corp., Universal Refractories Division Of Thiem Corporation.

Appeal of Hobart Brothers Company and the Lincoln Electric Company.

Nos. 14 EM 2014, 15 EM 2014, 16 EM 2014, 17 EM 2014.

Supreme Court of Pennsylvania.

April 2, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of April, 2014, the Application for Extraordinary Relief is **DENIED.**

89 A.3d 655

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Mohamed M. ALI, Petitioner.**

Supreme Court of Pennsylvania.

April 7, 2014.